UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC COBB, individually and on
Behalf of those similarly situated,

    Plaintiff,                                CASE NO.: 1:17-cv-00802-TWT

vs.

DEERFIELD ROADSIDE, LLC, and
CAROLE ANNE HICE, Individually,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE

THIS MATTER, having come before this Court on the Joint Motion to Approve Settlement Agreement and To Dismiss with Prejudice, and the Court having been otherwise duly advised:

IT IS HEREBY ORDERED AND ADJUDGED that Joint Motion to Approve Settlement Agreement and To Dismiss with Prejudice is hereby GRANTED.

SO ORDERED this 29th day of November, 2017.

                                                  /s/Thomas W. Thrash
                                           U.S. DISTRICT COURT JUDGE

Copies furnished to:
All parties of Record